Ronald Bernard BRITT–
BEY, Appellant,

v.

Eve M. RILEY, Administrative
Law Judge, Appellee.

No. 02–4092.

United States Court of Appeals,
Eighth Circuit.

Submitted March 21, 2003.

Decided March 28, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

Ronald Bernard Britt–Bey appeals the
district court's* preservice dismissal, without
prejudice, of his civil lawsuit. Having
carefully reviewed the record, we conclude
dismissal was proper. Accordingly, we affirm.
*See* 8th Cir. R. 47B.

---

* The Honorable Catherine D. Perry, United
States District Judge for the Eastern District
of Missouri.